IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIERRA LAND**                                                                                          **PLAINTIFF**

v.                                    **CASE NO. 4:20-CV-00718-BSM**

**FRENCH QUARTER PARTNERS LLC,** *et al.*                                   **DEFENDANTS**

## ORDER

This case has been stayed pending arbitration since October 13, 2020, and no filings have been made by the parties since that time. Doc. No. 21. After failing to provide a status update when ordered, Doc. No. 22, the parties were ordered to show cause why this case should not be dismissed. Doc. No. 23. The deadline to show cause has passed, and no communication has been received from the parties. Accordingly, this case is dismissed without prejudice. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962).

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE