**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TIERRA LAND**                                                                              **PLAINTIFF**

**v.**                                       **CASE NO. 4:20-CV-00718-BSM**

**FRENCH QUARTER PARTNERS LLC,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE